UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Case No. 07-cr-74-01-PB

<u>Robert Faiella</u>

<u>O R D E R</u>

The judgment dated July 2, 2007 is hereby amended to reflect a Special Assessment of $300.00.   The defendant has already paid $100.00 as originally ordered, leaving a balance of $200.00 which is due immediately.

       SO ORDERED.

July  5, 2007                                     /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:    Terry P. Segal, Esq.
        William E. Morse, Esq.
        US Probation
        US Marshal